UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **13-1950**                                      Caption [use short title]

Motion for: **Extension of time**

**TOZAMMEL H. MAHIA**

Set forth below precise, complete statement of relief sought:

-against-

Appellant's attorney, Karamvir Dahiya, would request this Court to grant him an extension of 45 days to file Appellant's brief.

**DEBRA KRAMER AS TRUSTEE OF ESTATE OF SHAHARA KHAN**

MOVING PARTY: **Tozammel H. Mahia**                         OPPOSING PARTY: **Debra Kramer as Trustee**
☐ Plaintiff            ☐ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

MOVING ATTORNEY: **Karamvir Dahiva**                        OPPOSING ATTORNEY: **Avrum Rosen**
{name of attorney, with firm, address, phone number and e-mail}
Dahiya Law Group, LLC                                       Law Offices of Avrum J. Rosen
75 Maiden Lane, Sutie 506, NY, NY 10038                     38 New St. Huntington, New York 11743
Tel: (212) 766-8000                                         Tel: (631)423-8527
karam@legalpundit.com                                       Ajrlaw@aol.com

Court-Judge/Agency appealed from: **District Court of the Eastern District of New York - Judge Dora Irizarry**

Please check appropriate boxes:                             FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                                            INJUNCTIONS PENDING APPEAL:
Has movant notified opposing counsel (required by Local Rule 27.1):   Has request for relief been made below?            ☐ Yes ☑ No
☑ Yes ☐ No (explain):                                                 Has this relief been previously sought in this Court? ☐ Yes ☑ No
                                                                      Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No   If yes, enter date:

Signature of Moving Attorney:
_[signature]_         Date: **8/30/2013**    Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

---

**ORDER**

IT IS HEREBY ORDERED THAT the motion is **GRANTED  DENIED**.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____                By: _____

Form T-1080 (rev. 7-12)

CASE NO. 13-1950

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

TOZAMMEL H. MAHIA

Appellant

v.

DEBRA KRAMER AS TRUSTEE OF ESTATE OF SHAHARA KHAN

Appellee

On Appeal from the United States District Court
for the Eastern District of New York

---

**APPELLANT'S MOTION TO EXTEND TIME FOR FILING APPELLANT BRIEF**

                                               Karamvir Dahiya
                                               DAHIYA LAW GROUP, LLC
                                               75 Maiden Lane Suite 506
                                               New York, NY 10038
                                               Telephone: (212) 766-8000
                                               Attorney for Appellant

Pursuant to Federal Rule of Appellate Procedure 26(b), Appellant respectfully requests to move for a forty-five (45) day extension of time, and including October 25, 2013, in which to file their responsive brief in which to file its Appellant Brief.

Appellant's brief is currently due on September 10, 2013. Appellants have not previously requested any extension of time to file their brief. Appellee's counsel has stated that they will not agree to an extension of time.

Good cause exists for the requested extension as set forth in detail in the attached declaration. Appellant's attorney has significant professional commitments during the next thirty days, including emergency filings with the United States District Court for the Eastern District of New York and an appellate brief due with the New York Appellate Division Second Department. Further, Appellant's attorney has a trial in New York Civil Court. Finally, due to some personal family related issues, Appellant's attorney will be traveling to India in the months of September and October 2013.

A forty-five day extension for Appellant's brief will enable Appellant's counsel to adequately prepare for the brief and in the same time, fulfill his obligations in other courts and other matters. This is counsel's first extension before this Court and will not result in any significant delay.

For these reasons, Appellant's respectfully request that his motion be granted and that they be allowed until and including October 25, 2013 in which to file the Appellant's brief.

Dated: August 30, 2013
New York, New York

DAHIYA LAW OFFICES, LLC

*/s/ Karamvir Dahiya*

Karamvir Dahiya, Esq.
Attorney for Appellant

## DECLARATION OF KARAMVIR DAHIYA

I, Karamvir Dahiya, do hereby declare as follows:

1. I am an attorney at the law firm of Dahiya Law Offices, LLC, counsel of record for Appellant. I submit this declaration in support of Appellant's Motion to Extend Time in which to File Appellant's Brief. Except as otherwise stated, the matters set forth herein are based upon my personal knowledge.

2. Appellant's brief is due on September 10, 2013.

3. Appellants have not previously sought any extension of time for filing their responsive brief.

4. A forty-five day extension, through and including October 25, 2013, is necessary to provide counsel for Appellant's sufficient time to prepare Appellant's brief. Such an extension is necessary because due to personal family related issues and emergency filings, I will not be able to sufficiently prepare the brief. This is Appellant's first time seeking extension before this Court. Appellees counsel has informed me that they will not agree to any extension of time.

5. I am the lead counsel in *Eastern Savings Bank v. 106-09 Rockaway Owners, et. al.*, New York Appellate Division Second Department, in which the Appellants' brief is due on September 9, 2013.

6. I am the lead counsel representing creditors in their derivative capacity in the case of *In re Emmons-Sheepshead Bay Development*, in the Bankruptcy Court of the Eastern District of New York. After the denial of a Motion to Reconsider by the Bankruptcy Judge, I have to file a notice appeal and an order to show cause along with a request for

3

stay of decision. This order denying the motion to reconsider was signed on August 23, 2013.

7. I am the lead counsel representing the Defendant in *Ghobrial v. Jamil*, in the Civil Court of New York County. A trial is set for this case on September 10, 2013.

8. I also have some personal matters which I must attend to. I have a dental procedure scheduled for September 4, 2013.

9. Also, due to some family matters, I have to go to India in the month of September and October of 2013.

10. The only other attorney working in my firm, Navpreet Kaur, was recently admitted into the New York Bar on August 28, 2013. In my absence, Ms. Kaur will be attending to the management of the firm and will have to make appearances in various courts. This appeal has issues which are of very considerable importance to the consumer bankruptcy bar. There are complex issues and these issues require the attention of an experienced attorney.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 30, 2013

/s/ Karamvir Dahiya
_____
Karamvir Dahiya